UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:2020-cv-82263-WPD

HOWARD COHAN,

    Plaintiff,

vs.

CITY PLACE HOTEL, LLC
a Foreign Limited Liability
d/b/a HILTON WEST PALM BEACH

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CITY PLACE HOTEL, LLC, a Foreign Limited Liability, d/b/a HILTON WEST PALM BEACH, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED February 18, 2021.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By /s/ Kevin M. Young |
| Gregory S. Sconzo, Esq. | Kevin M. Young |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| Sconzo Law Office, P.A. | SEYFARTH SHAW LLP |
| 3825 PGA Boulevard, Suite 207 | 1075 Peachtree St. NE, Suite 2500 |
| Palm Beach Gardens, FL 33410 | Atlanta, Georgia 30309-3958 |
| Telephone: (561) 729-0940 | Telephone: (404) 885-1500 |
| Facsimile: (561) 491-9459 | Facsimile: (404) 892-7056 |
| Email: greg@sconzolawoffice.com | Email: kyoung@seyfarth.com |
| Secondary Email: alexa@sconzolawoffic.com | |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**