UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82263-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiffs,

vs.

CITY PLACE HOTEL, LLC d/b/a
HILTON WEST PALM BEACH,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Notice of Settlement [DE 12] (the "Notice"), filed on February 18, 2021. The Court has reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Parties shall file appropriate dismissal papers[1] on or before **March 22, 2021**. All pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).