UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:2020-cv-82263-WPD

vs.

CITY PLACE HOTEL, LLC
a Foreign Limited Liability
d/b/a HILTON WEST PALM BEACH

    Defendant(s).
_____/

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby notify this Court pursuant to FRCP 41(a)(1)(A)(ii) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

RESPECTFULLY SUBMITTED March 18, 2021.

| By: **/s/ Gregory S. Sconzo** | By /s/ Kevin M. Young |
|---|---|
| Gregory S. Sconzo, Esq. | Kevin M. Young |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| Sconzo Law Office, P.A. | SEYFARTH SHAW LLP |
| 3825 PGA Boulevard, Suite 207 | 1075 Peachtree St. NE, Suite 2500 |
| Palm Beach Gardens, FL 33410 | Atlanta, Georgia 30309-3958 |
| Telephone: (561) 729-0940 | Telephone: (404) 885-1500 |
| Facsimile: (561) 491-9459 | Facsimile: (404) 892-7056 |
| Email: greg@sconzolawoffice.com | Email: kyoung@seyfarth.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                    **/s/ Gregory S. Sconzo**
                                    **Gregory S. Sconzo, Esq.**