UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82263-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiffs,

vs.

CITY PLACE HOTEL, LLC d/b/a
HILTON WEST PALM BEACH,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Notice of Dismissal with Prejudice [DE 14] (the "Stipulation"), filed herein on March 18, 2021. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 14] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 19th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record